# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TODO F. SMITH and PATRICIA A. LIVESAY SMITH, | )<br>)<br>) |
| Plaintiffs, | ) Case No: 1:18-cv-07979 |
| v. | ) Hon. Manish S. Shah |
| Wells Fargo Bank, N.A., | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's order of May 28, 2020 (Dkt. # 49), Plaintiffs Todd F. Smith and Patricia A. Livesay-Smith and Defendant Wells Fargo Bank, N.A. (collectively, the "Parties") report as follows:

As previously reported, document discovery in this matter is substantially complete. Three previously-noticed depositions have been generally deferred while the Parties pursue settlement discussions. There are no unresolved motions currently before the Court.

The Parties continue to make progress through settlement negotiations. As the Court is aware, as part of these discussions, Plaintiffs have requested that Wells Fargo re-review them for a potential loan modification following a prior denial. As part of its response to the hardships facing its customers during the current pandemic, Wells Fargo has extended to Plaintiffs (and Plaintiffs have accepted) a period of forbearance, after which they will be able to submit a new application for review.

Accordingly, the Parties request that the Court stay this matter for 90 days to allow settlement discussions to continue and set the matter for a subsequent hearing on status of Plaintiffs' loss mitigation request and associated settlement discussions.

1

Dated: June 4, 2020

Respectfully submitted,

/s/ Sharon A. Harris
Sharon A. Harris
ZIMMERMAN LAW OFFICES, P.C.
77 West Washington Street, Suite 1220
Chicago, Illinois 60602
sharon@attorneyzim.com

Marc E. Dann
DannLaw
2728 Euclid Ave., Ste. 300
Cleveland, OH 44115
Ph. 216-373-0539
mdann@dannlaw.com
*Counsel for Plaintiffs Todd F. Smith and Patricia A. Livesay Smith*

Respectfully submitted,

/s/ Tyler D. Alfermann
Michael Bornhorst
Tyler D. Alfermann
Kristin Steinkamp
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600 (tel)
(312) 701-7711 (fax)
mbornhorst@mayerbrown.com
talfermann@mayerbrown.com
ksteinkamp@mayerbrown.com

*Counsel for Defendant Wells Fargo Bank, N.A.*

# CERTIFICATE OF SERVICE

      I, Tyler D. Alfermann, an attorney, hereby certify that on June 4, 2020, I caused a true and correct copy of the foregoing **Joint Status Report** to be filed and served electronically via the court's CM/ECF system.

      /s/ Tyler D. Alfermann
Tyler D. Alfermann
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Phone: (312) 782-0600
Fax: (312) 701-7711
E-mail: talfermann@mayerbrown.com